1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                      No. 2:25-cv-00541-JAM-CSK

         IN RE:  STEVEN WAYNE BONILLA
12                                                      No. 2:25-cv-00544-JAM-CSK

13                                                      No. 2:25-cv-00565-JAM-CSK

14                                                      No. 2:25-cv-00567-JAM-CSK

15                                                      No. 2:25-cv-00568-JAM-CSK

16                                                      No. 2:25-cv-00571-JAM-CSK

17                                                      No. 2:25-cv-00572-JAM-CSK

18                                                      No. 2:25-cv-00576-JAM-CSK

19                                                      No. 2:25-cv-00579-JAM-CSK

20                                                      No. 2:25-cv-00582-JAM-CSK

21

22

23                                                      **ORDER**

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                                    1

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00541, 2:25-cv-00544, 2:25-cv-00565, 2:25-cv-00567, 2:25-cv-00568, 2:25-cv-00571, 2:25-cv-00572, 2:25-cv-00576, 2:25-cv-00579 and 2:25-cv-00582 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: March 05, 2025                           /s/ John A. Mendez
                                                ————————————————————————
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE